UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITRIN SAFEGUARD INSURANCE COMPANY,

                Plaintiff,

-against-

TIMOTHY CAMPBELL and JESY CAMPBELL,

                Defendants.

-----------------------------------------------------------------X

24-CV-02574 (DEH)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/14/2024

**SARAH NETBURN, United States Magistrate Judge:**

    The Plaintiff filed this lawsuit on April 4, 2024, and filed proof of service on May 7, 2024. To date, the Defendants have not appeared. Accordingly, the Plaintiff is directed to file a letter by June 20, 2024, advising the Court whether it has had any contact with the Defendants.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    June 14, 2024
                New York, New York