UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITRIN SAFEGUARD INSURANCE COMPANY, | |
| Plaintiff, | 24 Civ. 2574 (DEH) |
| -against- | **ORDER** |
| TIMOTHY CAMPBELL, et al., | |
| Defendants. | |

DALE E. HO, United States District Judge:

An order issued April 8, 2024, referred this case for general pre-trial supervision for Magistrate Judge Sarah Netburn.  *See* ECF No. 6.  On May 7, 2024, Plaintiff filed proof of service of Defendants.  *See* ECF Nos. 9, 10.  On June 20, 2024, Plaintiff filed a letter on ECF stating that has not had contact with Defendants and requesting permission to proceed with default judgment practice.  *See* ECF No. 12.  Judge Netburn directed the parties to comply with the Court's individual rules regarding default judgments.  *See* ECF No. 13.

It is hereby **ORDERED** that Plaintiff shall file any motion for a default judgment by **August 2, 2024.**  In addition to the materials specified in the Court's individual rules, Plaintiff shall describe its efforts to provide actual notice of this lawsuit to Defendants.

SO ORDERED.

Dated:    July 16, 2024
          New York, New York

_____
DALE E. HO
United States District Judge