UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITRIN SAFEGUARD INSURANCE CO., <br><br>       Plaintiff, <br><br>    v. <br><br> TIMOTHY CAMPBELL, et al., <br><br>       Defendants. | 24 Civ. 2574 (DEH) (SN) <br><br> **ORDER** |

DALE E. HO, United States District Judge:

On July 25, 2024, Plaintiff moved for a default judgment. *See* ECF No. 20.

It is hereby **ORDERED** that Defendants shall file any opposition to the motion for a default judgment by **August 23, 2024**. If any such opposition is filed, Plaintiff shall file any reply by **August 28, 2024**. The parties shall appear at a conference on **September 4, 2024, at 10:30 A.M. EST** regarding Plaintiff's motion for a default judgment. The parties shall appear by dialing (646) 453 – 4442 and entering the Conference ID: 194 260 026, followed by the pound sign (#). Defendants are apprised that failure to appear at this conference may result in a default judgment being entered against them.

It is further **ORDERED** that Plaintiff shall serve this order, their motion for a default judgment, and the support papers for the default judgment motion on Defendants via Federal Express to their last known address and file proof of service on ECF by **August 13, 2024.**

SO ORDERED.

Dated: August 9, 2024
    New York, New York

                        DALE E. HO
                        United States District Judge