UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITRIN SAFEGUARD INSURANCE COMPANY,

                Plaintiff,

v.                                                  **DEFAULT JUDGMENT**

TIMOTHY CAMPBELL and                   Civil Case No. 1:24-02574
JESY CAMPBELL,

                Defendants.

---

      This declaratory judgment action having been commenced by Plaintiff, Unitrin Safeguard Insurance Company ("Unitrin") on April 4, 2024, by the filing of Summonses and a Complaint, and a copy of the Summons and Complaint having been served upon the defendant, Timothy Campbell, on April 26, 2024, and proof of service having been filed on May 7, 2024; and a copy of the Summons and Complaint having been served upon the defendant, Jesy Campbell, on April 30, 2024, and proof of service having been filed on May 7, 2024; and said Defendants having failed to plead or otherwise defend the above-entitled action, and the time for answering the Complaint having expired, it is hereby

      ORDER, ADJUDGED AND DECREED: that default judgment be entered against the Defendants, Timothy Campbell and Jesy Campbell, pursuant to Federal Rule of Civil Procedure 55(a).

In addition to the above, the Court notes that it has reviewed Plaintiff's description of efforts made to provide actual notice of this action to the Defendants.  *See* ECF No. 23.  It has further reviewed the sworn Affidavit of Service filed by Plaintiff.  *See* ECF No. 26.  It further notes that Defendants did not appear at the default judgment proceedings held on September 4, 2024.  *See* Sept. 4, 2024, Min. Entry.  SO ORDERED.

The Clerk of Court is respecftfully requested to terminate ECF No. 20, and to close the case.

*/s/ Dale E. Ho*

Dale E. Ho
United States District Judge
New York, New York
Dated: September 4, 2024